IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  04-cr-00514-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

21. SABATA PRATT, a/k/a "Chaka,"

    Defendant.

## ORDER

THIS MATTER is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is hereby

ORDERED that all pretrial motions shall be filed by **Monday, September 7, 2009,** and responses to these motions shall be filed by **Monday, September 21, 2009.**  It is

FURTHER ORDERED that counsel shall request a hearing on all pending motions and final trial preparation conference, if necessary, at a future date.  It is

FURTHER ORDERED that a five-day jury trial is set for **Monday, September 28, 2009, at 9:00 a.m. in Courtroom A1002.**

    Dated:  August 25, 2009

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge