IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  04-cr-00514-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

21. SABATA PRATT, a/k/a "Chaka,"

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on September 21, 2009 [doc. #1966].  Accordingly, all pretrial filing deadlines and the jury trial set to commence Monday, September 28, 2009, are **VACATED**.  A Change of Plea hearing is set for **Monday, October 26, 2009 at 11:00 a.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated: September 21, 2009